**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

December 17, 2007

CASE NUMBER:   **CV 04-01249 VRW**
CASE TITLE:   **Vedatech Inc.-v- St. Paul Fire & Marine Insurance Company**
DATE MANDATE FILED:   12/13/2007

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     by:  Gwen Agid
     Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

     CRIMINAL   -   Counsel of Record
     U.S. Marshal (Copy of Mandate)
     U.S. Probation Office

NDC App-16