

January 28, 2008

The Honorable Judge Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**   <u>Vedatech v. St. Paul, et al.</u>
             Civil Case Nos. 04-1249, 04-1818; and 04-1409

Dear Judge Walker:

I am writing regarding your recent Order entered on December 27, 2007. In that, Order the court instructed me to pay $5,000 in sanctions to the court by January 30, 2008. I am financially unable to comply. As stated in both Motions to Withdraw, the client, Vedatech, Inc, Vedatech International, Inc, Vedatech K.K. ceased paying for legal services in August 2004. From August 2004 to February 2005, I was intermittently employed. In November 2006, I suffered the loss of my father. His death has had a devastating impact on my life and financial situation. Compounding the situation even further are substantial student loan debts.

In light of these facts I respectfully request that the sanctions against me be reduced, or alternatively that the court allow me to pay these sanctions over time through a payment plan. If the court requires more information regarding my ability to pay, I request the opportunity to provide it such information confidentially. Thank you for your consideration.

Sincerely,

/s/

Christina M. Gonzaga